Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2023 OCT 30 PM 1:51

OFFICE OF THE CLERK

# UNITED STATES DISTRICT COURT
for the
District of

Division

Terry Terell Goins
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Father Flanagan's Boys' Home
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Case No. 8:23CV477
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Terry Terell Goins
   Street Address: 1591 Bancroft Ct, Apt #828
   City and County: Omaha, Douglas
   State and Zip Code: Nebraska 68130
   Telephone Number: 501-909-5860
   E-mail Address: terrytgoins@yahoo.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1
  Name: Father Flanagan's Boys' Home
  Job or Title (if known):
  Street Address: 14100 Crawford St
  City and County: Boys Town, Douglas
  State and Zip Code: Nebraska, 68010
  Telephone Number: 531-355-1111
  E-mail Address (if known):

Defendant No. 2
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

|  |  |
|---|---|
| Name | Father Flanagan's Boys' Home |
| Street Address | 14100 Crawford St, |
| City and County | Boys Town, Douglas |
| State and Zip Code | Nebraska, 68010 |
| Telephone Number | 531-355-1111 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

[✓] Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[ ] Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

[ ] Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

[✓] Other federal law *(specify the federal law)*:

Defamation of Character

[ ] Relevant state law *(specify, if known)*:

[ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☑ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☑ Other acts *(specify)*: Defamation of Character

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

Approximately 9/7/2022 · 9/8/2022 · 10/3/2022

C. I believe that defendant(s) *(check one)*:
- ☑ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☐ race
- ☐ color
- ☑ gender/sex    Male
- ☐ religion
- ☐ national origin
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)*

E. The facts of my case are as follows. Attach additional pages if needed.

Apparently my wife made an accusation about me to our consultant about boundary issues. I was never informed about this until a parent contacted me and stated other family teachers were saying I had an inappropriate relationship with her daughter. Then my new boss stated someone contacted him from leadership saying there were boundary concerns between me and same youth.

See attached

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

| CHARGE OF DISCRIMINATION | AGENCY | CHARGE NUMBER |
|---|---|---|
| This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | ☒ FEPA<br>☒ EEOC | NEB 2-22/23-12-53131-RS<br>32E-2023-00120 |

Nebraska Equal Opportunity Commission and EEOC

DATE RECEIVED BY NEOC
RECEIVED NEOC
DEC 06 2022
OMAHA OFFICE

| NAME (indicate Mr., Ms., Mrs.)<br>Mr. Terry T. Goins | HOME TELEPHONE<br>(501) 909-5800 |
|---|---|
| STREET ADDRESS          CITY, STATE AND ZIP CODE<br>15911 Bancroft Ct. #828   Omaha  NE  68130 | DATE OF BIRTH<br>12/28/1970 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

| NAME<br>Father Flanagan's Boys' Home | NUMBER OF EMPLOYEES, MEMBERS<br>201-500 Employees | TELEPHONE<br>(402) 498-1242 |
|---|---|---|
| STREET ADDRESS          CITY, STATE AND ZIP CODE<br>14100 Crawford St   Boys Town  NE  68010 | | COUNTY<br>Douglas |
| NAME | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE |
| STREET ADDRESS          CITY, STATE AND ZIP CODE | | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es))<br><br>[X] SEX | DATE DISCRIMINATION TOOK PLACE<br>EARLIEST           LATEST<br>9/7/2022          11/21/2022<br><br>[X]  CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s)):

I.       I am male and have been employed with Respondent since 3/1/2020, most recently as Campus Resource Officer. Due to my sex, I have been harassed and subjected to adverse terms and conditions.

II.      I believe I have been discriminated against on the basis of sex in violation of Title VII of the Civil Rights Act of 1964, as Amended, and Section 48-1104 of the Nebraska Fair Employment Practice Act, in that:

1.      On or around 9/7/2022, the girls' cross county track team came to my home as we were to host a group dinner for Respondent. Included on the team was a female youth who previously lived with me and my wife. We were her family teachers. During the evening, the female youth told me that Family Consultant Talica Sanders (female) was there to chaperone her and make sure she didn't speak to me. Sanders followed the female youth around the whole evening.

2.      On or around 9/8/2022, the female youth's mother called me stating she had spoken to her daughter's Family Teachers Robert (male) and Amanda Beasley (female) and they informed her that the youth wasn't allowed to speak to me because we 'had an inappropriate' relationship.

3.      That same day, I wrote an email to the director Torrey Lepper (female) asking why the Beasley's would say such a thing. Lepper said she was going to follow-up and let me know. She then told me it was okay for the youth to call my wife but not me.

4.      The assistant family teacher to the Beasley's Sarah Cuda (female) has stated she doesn't like the female youth and that is why she keeps her away from me.

5.      On or around 10/3/2022, I began a new position with Respondent and my new boss Dan Jones (male) told me that someone had just called him and told him to keep an eye out that I don't have any contact with the female youth due to an 'inappropriate relationship.'

6.      Other girls who have previously been placed within my home are allowed to contact me, but this one youth has been instructed to never contact me, even when she asks her mother if she can talk to me, she is told 'no' by Respondent.

Continued on page 2

Terry T. Goins vs. Father Flanagan's Boys' Home
Page 2

7. There has never been an investigation to determine if anything inappropriate has ever happened, they just treat me like it has happened.

8. My job performance is satisfactory.

THIS SPACE INTENTIONALLY LEFT BLANK

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I swear or affirm that I have read the above and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

X __[signature]__

State of _Nebraska_  County of _Douglas_
On this, the _6th_ day of _December_, 20_22_.
The Complainant appeared before me, known to me (or satisfactorily proven) to be the person whose name is subscribed to this instrument, and acknowledged that they executed the same for the purposes therein contained.

Notary Public __[signature]__

Notary Seal
JOHN D SCHNOOR
General Notary - State of Nebraska
My Commission Expires Apr 28, 2024

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

IV. **Exhaustion of Federal Administrative Remedies**

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_December 6, 2022_

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☑ issued a Notice of Right to Sue letter, which I received on *(date)* _9/4/2023_.

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

V. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

_For discrimination and defamation of my character causing me stress, anxiety, embarrassment, I'm asking for $100,000 because this discrimination & defamation is still continuing. I was fired from my job and had to take more physical employment in order to live. I'm disable and can only perform certain jobs. Asking for a public apology from the organization, I want to make a statement._

_Court fees_

VI. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Page 5 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

**A.    For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case—related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-30-23

Signature of Plaintiff _[signature]_
Printed Name of Plaintiff  Terry T. Goins

**B.    For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

St Louis District Office
1222 Spruce, Room 8.100
St. Louis, MO 63103
(314)798-1960
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 08/29/2023

**To:** Terry T. Goins
15911 Bancroft Ct Apt 828
Omaha, NE 68130

**Re:** Terry T. Goins v. FATHER FLANAGAN'S BOYS' HOME
EEOC Charge Number: 32E-2023-00120

EEOC Representative and email:   Joseph J. Wilson
State, Local & Tribal Program Manager
Joseph.Wilson@EEOC.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC has adopted the findings of the state or local fair employment practices agency that investigated your charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

Please retain this notice for your records.

On Behalf of the Commission:

Digitally Signed By: David Davis  8/29/2023
David Davis
Acting District Director

cc:   Pamela J Bourne
Woods & Aitken LLP
10250 Regency Cir, Ste 525
Omaha, NE 68114

## INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law. If you also plan to sue claiming violations of State law, please be aware that time limits may be shorter and other provisions of State law may be different than those described below.)*

### IMPORTANT TIME LIMITS – 90 DAYS TO FILE A LAWSUIT

If you choose to file a lawsuit against the respondent(s) named in the charge of discrimination, you must file a complaint in court **within 90 days of the date you *receive* this Notice**. Receipt generally means the date when you (or your representative) opened this email or mail. You should **keep a record of the date you received this notice**. Once this 90-day period has passed, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and the record of your receiving it (email or envelope).

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Filing this Notice is not enough. For more information about filing a lawsuit, go to https://www.eeoc.gov/employees/lawsuit.cfm.

### ATTORNEY REPRESENTATION

For information about locating an attorney to represent you, go to:
https://www.eeoc.gov/employees/lawsuit.cfm.

In very limited circumstances, a U.S. District Court may appoint an attorney to represent individuals who demonstrate that they are financially unable to afford an attorney.

NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA)

The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at: http://www.eeoc.gov/laws/types/disability_regulations.cfm.

**"Actual" disability or a "record of" a disability**

If you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability:

- ✓ **The limitations from the impairment no longer must be severe or significant** for the impairment to be considered substantially limiting.
- ✓ In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions**, such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.
- ✓ **Only one** major life activity need be substantially limited.
- ✓ Except for ordinary eyeglasses or contact lenses, the beneficial effects of **"mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.
- ✓ An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active**.
- ✓ An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

**"Regarded as" coverage**

An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).

- ✓ "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.
- ✓ The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively **both** transitory (lasting or expected to last six months or less) **and** minor.
- ✓ A person is not able to bring a failure to accommodate claim **if** the individual is covered only under the "regarded as" definition of "disability".

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability. For more information, consult the amended regulations and appendix, as well as explanatory publications, available at* http://www.eeoc.gov/laws/types/disability_regulations.cfm.